| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Ambro, Thomas L. | 2. Court or Organization<br><br>U.S. Court of Appeals, 3rd Cir | 3. Date of Report<br><br>11/29/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Federal Courthouse<br>844 N. King Street, Lock Box 32<br>Wilmington, DE 19801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. | Member | Board of Editors, Delaware Lawyer |
| 5. | Member | Executive Committee, National Bankruptcy Conference |
| 6. | Member (Emeritus) | TriBar Legal Opinion Committee |
| 7. | Member, Advisory Board | Working Group on Legal Opinions Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Georgetown University - teaching | $7,862.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Amerian Bar Association | April 6-10, 2016 | Montreal, CA | Section of Business Law Spring Meeting | Transportation, Lodging |
| 2. | Georgetown University | June 28-29, 2016 | Washington, DC | Teaching Class Preview | Transportation |
| 3. | Georgetown University | August 30-31, 2016 | Washington, DC | Teaching Class | Transportation |
| 4. | Georgetown University | September 12, 2016 | Washington, DC | Teaching Class | Transportation |
| 5. | Georgetown University | September 18-19, 2016 | Washington, DC | Teaching Class | Transportation |
| 6. | Georgetown University | September 26, 2016 | Washington, DC | Teaching Class | Transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L. | 11/29/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Georgetown University | October 2-3, 2016 | Washington, DC | Teaching Class | Transportation |
| 8. | Georgetown University | October 16-17, 2016 | Washington, DC | Teaching Class | Transportation |
| 9. | American Inns of Court | October 23-24, 2016 | Washington, DC | Teaching Class | Transportation |
| 10. | Georgetown University | October 30-31, 2016 | Washington, DC | Teaching Class | Transportation |
| 11. | Georgetown University | November 6-7, 2016 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | November 13-14, 2016 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | November 20-21, 2016 | Washington, DC | Teaching Class | Transportation |
| 14. | Georgetown University | December 4-5, 2016 | Washington, DC | Teaching Class | Transportation |
| 15. | Georgetown University | December 11-12, 2016 | Washington, DC | Teaching Class | Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 96) | P1 |
| 2. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 96) | P1 |
| 3. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 96) | P1 |
| 4. | PNC Bank, N.A. | Non-Recourse Guaranty and Suretyship Agreement (Part VII, Line 98) | P1 |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank Account | | None | K | T | | | | | |
| 2. M&T Bank Account | | None | K | T | | | | | |
| 3. Trust Account #6 (H) | | | | | | | | | |
| 4. - Harris Assoc Oakmark I | D | Dividend | M | T | Sold (part) | 01/21/16 | L | A | |
| 5. | | | | | Sold (part) | 03/24/16 | J | B | |
| 6. | | | | | Sold (part) | 07/26/16 | J | B | |
| 7. - Wells Fargo Bank, N.A. Bank Deposit Sweep | | None | J | T | | | | | |
| 8. IRA Account #2 (H) | | | | | | | | | |
| 9. - Fairholme Fund | C | Dividend | L | T | Buy (add'l) | 06/15/16 | J | | |
| 10. | | | | | Sold (part) | 08/10/16 | J | | |
| 11. - WHV International Equity FD CL | | None | | | Sold | 01/21/16 | K | | |
| 12. - Dodge & Cox Intl Stock FD | B | Dividend | K | T | Sold (part) | 06/15/16 | J | | |
| 13. | | | | | Sold (part) | 08/10/16 | J | | |
| 14. - Federated Strategic Value Dividend FD | C | Dividend | L | T | Sold (part) | 06/15/16 | L | A | |
| 15. | | | | | Buy (add'l) | 06/15/16 | K | | |
| 16. | | | | | Sold (part) | 07/08/16 | J | A | |
| 17. | | | | | Sold (part) | 08/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Natixis FDS TR I Oakmark Intl FD | A | Dividend | K | T | Sold (part) | 06/15/16 | J | | |
| 19. | | | | | Sold (part) | 08/10/16 | J | | |
| 20. - Brandes Invt TR Instl Emerging Mkts FD | A | Dividend | K | T | Sold (part) | 06/15/16 | J | | |
| 21. | | | | | Sold (part) | 08/10/16 | J | | |
| 22. - Matthews Asia Dividend FD | A | Dividend | K | T | Sold (part) | 06/15/16 | J | | |
| 23. | | | | | Sold (part) | 08/10/16 | J | A | |
| 24. - Primecap Odyssey FDS Aggressive Growth FD | C | Dividend | L | T | Buy (add'l) | 06/15/16 | J | | |
| 25. | | | | | Sold (part) | 08/10/16 | J | A | |
| 26. - Pimco Equity SER | C | Dividend | L | T | Buy (add'l) | 06/16/16 | K | | |
| 27. | | | | | Sold (part) | 08/10/16 | J | A | |
| 28. - Neuberger Berman Alternative FDS | | None | L | T | Buy (add'l) | 06/15/16 | K | | |
| 29. | | | | | Sold (part) | 08/10/16 | J | | |
| 30. - Primecap Odyssey Growth | B | Dividend | L | T | Sold (part) | 06/15/16 | L | B | |
| 31. | | | | | Sold (part) | 08/10/16 | J | A | |
| 32. - Virtus Emerging Markets Opportunities Fund | A | Dividend | K | T | Sold (part) | 06/15/16 | J | | |
| 33. | | | | | Sold (part) | 08/10/16 | J | | |
| 34. - JP Morgan TR I Strategic Income Opportunity | C | Dividend | L | T | Sold (part) | 06/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/10/16 | J | | |
| 36.  - Nuveen Invt FDS Inc Real Asset Income FD | | None | | | Sold | 02/05/16 | K | | |
| 37.  - Dodge & Cox Stock FD | D | Dividend | L | T | Sold (part) | 06/15/16 | K | | |
| 38. | | | | | Sold (part) | 08/10/16 | J | | |
| 39.  - Dodge & Cox Income FD | B | Dividend | L | T | Sold (part) | 06/15/16 | K | | |
| 40. | | | | | Sold (part) | 08/10/16 | J | A | |
| 41.  - Doubleline FDS TR Total Return BD FD | B | Dividend | L | T | Buy (add'l) | 06/15/16 | J | | |
| 42. | | | | | Sold (part) | 08/10/16 | J | | |
| 43.  - Harris Assoc Invt TR Oakmark Global Select FD | A | Dividend | L | T | Sold (part) | 01/11/16 | J | | |
| 44. | | | | | Sold (part) | 04/08/16 | J | | |
| 45. | | | | | Sold (part) | 06/15/16 | K | | |
| 46. | | | | | Sold (part) | 08/10/16 | J | | |
| 47.  - Federated Equity FDS Intl Strategic Value Div FD | A | Dividend | K | T | Buy | 06/15/16 | K | | |
| 48.  - Saratoga Advantage TR James Alpha Glbl Real Estate Invst | C | Dividend | L | T | Buy | 06/15/16 | K | | |
| 49. | | | | | Buy (add'l) | 08/10/16 | K | | |
| 50.  - Lord Abbett Investment TR Short Duration Income | C | Dividend | M | T | Buy | 06/15/16 | M | | |
| 51. | | | | | Buy (add'l) | 08/10/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/14/16 | J | | |
| 53. | | | | | Sold (part) | 11/29/16 | K | | |
| 54.    - T Rowe Price New Era Fund | A | Dividend | K | T | Buy | 01/22/16 | K | | |
| 55. | | | | | Sold (part) | 06/15/16 | K | C | |
| 56. | | | | | Sold (part) | 08/10/16 | J | A | |
| 57. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 58.    - Steelpath MLP FDS TR Oppenheimer | B | Dividend | K | T | Buy | 06/15/16 | K | | |
| 59. | | | | | Sold (part) | 08/10/16 | J | A | |
| 60.    - Artisan Partners FDS Inc Global Value FD Adv | B | Dividend | L | T | Buy | 02/08/16 | K | | |
| 61. | | | | | Buy (add'l) | 06/15/16 | J | | |
| 62. | | | | | Sold (part) | 08/10/16 | J | A | |
| 63.    Trust Account #12 (H) | | | | | | | | | |
| 64.    - Fairholme Fund | C | Dividend | L | T | Buy (add'l) | 02/25/16 | J | | |
| 65. | | | | | Buy (add'l) | 02/29/16 | J | | |
| 66. | | | | | Sold (part) | 08/10/16 | J | | |
| 67.    - Dodge & Cox Intl Stock FD | A | Dividend | K | T | Sold (part) | 08/10/16 | J | B | |
| 68.    - Matthews Asia Dividend FD | A | Dividend | J | T | Sold (part) | 08/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Primecap Odyssey FDS Aggressive Growth FD | C | Dividend | K | T | Buy (add'l) | 02/25/16 | J | | |
| 70. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 71. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 72. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 73. | | | | | Buy (add'l) | 08/04/16 | J | | |
| 74. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 75. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 76. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 77. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 78. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 79. - Dodge & Cox Stock Fund | C | Dividend | K | T | Sold (part) | 08/10/16 | J | | |
| 80. - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 81. - Saratoga Advantage TR James Alpha Glbl Real Estate | B | Dividend | J | T | Buy | 08/10/16 | J | | |
| 82. - Pimco Multi-MGR Short Duration Muni Inc Fund Inst CL | B | Dividend | K | T | Buy | 02/17/16 | M | | |
| 83. | | | | | Sold (part) | 03/17/16 | J | | |
| 84. | | | | | Sold (part) | 05/05/16 | K | | |
| 85. | | | | | Sold (part) | 05/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/21/16 | J | | |
| 87. | | | | | Sold (part) | 07/06/16 | J | | |
| 88. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 89. | | | | | Sold (part) | 08/15/16 | K | | |
| 90. | | | | | Sold (part) | 12/13/16 | K | | |
| 91. | | | | | Sold (part) | 12/20/16 | J | | |
| 92. - Midcoast Energy Partners LP | A | Distribution | | | Buy | 05/05/16 | J | | |
| 93. | | | | | Distributed | 08/12/16 | J | | |
| 94. - USA Compression Partners LP | A | Distribution | | | Buy | 05/05/16 | J | | |
| 95. | | | | | Distributed | 08/12/16 | J | | |
| 96. Springside, LLC (2000 - $300,000, 2012- $20,123) | E | Rent | P1 | W | | | | | |
| 97. | A | Interest | | | | | | | |
| 98. Middletown Professional Properties, LLC, (2004 - $80,925) | E | Rent | O | W | | | | | |
| 99. Trust #15 (H) | | | | | | | | | |
| 100. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 101. - Microsoft Corp | B | Dividend | K | T | | | | | |
| 102. - Range Resources Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Rex Energy Corp | | None | J | T | | | | | |
| 104. - Fairholme FDS Inc | A | Dividend | J | T | | | | | |
| 105. - Brown Cap Mgmt Mutual FDS Small Co Fund | A | Dividend | J | T | | | | | |
| 106. - Vanguard Specialized Portfolios Energy Port Investor | B | Dividend | L | T | Buy (add'l) | 11/30/16 | J | | |
| 107. - Medley Capital Corp | C | Dividend | K | T | | | | | |
| 108. - Pennantpark Investment Corp | | None | | | Sold | 01/13/16 | K | | |
| 109. - Prospect Capital Corp | | None | | | Sold | 01/13/16 | K | | |
| 110. - BP Plc Spons ADR | B | Dividend | | | Sold | 11/11/16 | K | | |
| 111. - National Oil Well Varco Inc | A | Dividend | J | T | | | | | |
| 112. - Enterprise Products Partners | A | Distribution | J | T | | | | | |
| 113. - Plains GP Holdings LP | A | Distribution | J | T | | | | | |
| 114. - Weatherford International PLC | | None | J | T | | | | | |
| 115. - BHP Billiton LTF Spon ADR | A | Dividend | J | T | | | | | |
| 116. - Cabot Oil & Gas | A | Dividend | K | T | Buy (add'l) | 01/11/16 | J | | |
| 117. | | | | | Sold (part) | 01/12/16 | J | | |
| 118. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 119. - Chesapeake Energy Corp | | None | | | Sold | 01/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Rio Tinto PLC Spon ADR | A | Dividend | J | T | | | | | |
| 121.  - South32 LTD Spon | A | Dividend | J | T | | | | | |
| 122.  - Natixis FDS TR II Vaughan Nelson Select FD CL Y | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 123. | | | | | Buy (add'l) | 02/03/16 | J | | |
| 124. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 125. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 126. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 127. | | | | | Buy (add'l) | 06/03/16 | J | | |
| 128. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 129. | | | | | Buy (add'l) | 08/03/16 | J | | |
| 130. | | | | | Buy (add'l) | 09/06/16 | J | | |
| 131. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 132. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 133. | | | | | Buy (add'l) | 12/05/16 | J | | |
| 134.  - Natixis Funds Trust II Vaughan Nelson Value Class Y | A | Dividend | J | T | | | | | |
| 135.  - Midcoast Energy Partners LP | A | Distribution | J | T | | | | | |
| 136.  - Spectra Energy Corp | A | Dividend | K | T | Buy | 01/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - USA Compression Partners LP | A | Distribution | K | T | | | | | |
| 138. - Vanguard Funds Dividend Growth Fund Invst CL | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 139. - Wells Fargo Bank, N.A.Bank Deposit Sweep (x) | | None | J | T | | | | | |
| 140. IRA #3 (H) | | | | | | | | | |
| 141. - Devon Energy Corp | A | Dividend | J | T | | | | | |
| 142. - Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 143. - Brown Cap Mgmt Mut FDS Small Co Fund Inv | C | Dividend | L | T | | | | | |
| 144. - Fairholme FDS Inc | B | Dividend | K | T | Buy (add'l) | 01/04/16 | K | | |
| 145. - Harris Assoc Invt TR Oakmark Global Select FD | B | Dividend | M | T | | | | | |
| 146. - Professionally Manged Portfolio CL Instl Hodges Small Cap | A | Dividend | J | T | | | | | |
| 147. - Matthews Intl FD Asian Growth & Income FD | C | Dividend | L | T | Sold (part) | 01/04/16 | K | | |
| 148. - Rex Energy Corp | | None | J | T | | | | | |
| 149. - Marine Harvest ASA Sponsored ADR | B | Dividend | K | T | | | | | |
| 150. - Knot Offshore Partners LP | D | Dividend | M | T | | | | | |
| 151. - Vanguard Specialized Energy FD Admiral Shares | A | Dividend | J | T | | | | | |
| 152. - Sunoco LP | A | Dividend | L | T | Buy | 11/02/16 | J | | |
| 153. | | | | | Buy (add'l) | 11/03/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 11/07/16 | J | | |
| 155. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 156. - Miller Invt Trust Convertible BD FD | D | Dividend | P1 | T | Buy | 12/21/16 | P1 | | |
| 157. - Fairholme FDS IN Focused Income FD | B | Dividend | K | T | Buy | 01/04/16 | K | | |
| 158. Trust #16 (H) | | | | | | | | | |
| 159. - Apollo Investment Corp | B | Dividend | J | T | | | | | |
| 160. - Blackrock Kelso Capital Corp | B | Dividend | K | T | | | | | |
| 161. - Prospect Capital Corp | | None | | | Sold | 01/13/16 | K | | |
| 162. - Fifth Street Finance Corp | C | Dividend | | | Sold | 03/28/16 | K | | |
| 163. - Medley Capital Corp | D | Dividend | K | T | | | | | |
| 164. - Pennantpark Investment Corp | | None | | | Sold | 01/13/16 | K | | |
| 165. - TICC Capital Corp | C | Dividend | K | T | | | | | |
| 166. - Wells Fargo Bank, N.A.Bank Deposit Sweep | | None | J | T | | | | | |
| 167. - Golub Cap BDC Inc | C | Dividend | L | T | Buy | 02/09/16 | K | | |
| 168. - TPG Specialty Lending Inc | B | Dividend | K | T | Buy | 03/28/16 | K | | |
| 169. | | | | | Buy (add'l) | 06/26/16 | J | | |
| 170. IRA #5 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Newpark Resources Inc Conv SR | A | Interest | | | Sold | 08/31/16 | K | | |
| 172. - M/I Homes Inc Conv SR | A | Interest | | | Sold | 12/01/16 | K | | |
| 173. - Helix Energy Solutions Conv SR | A | Interest | | | Sold | 07/20/16 | K | | |
| 174. - Redwood TR Inc Conv SR | B | Interest | | | Sold | 12/01/16 | K | A | |
| 175. - Broadsoft Inc Conv SR | A | Interest | | | Sold | 12/06/16 | K | C | |
| 176. - Blackstone Mortgage TR Conv SR | B | Interest | | | Sold | 12/02/16 | K | B | |
| 177. - Finisar Corp Conv SR | A | Interest | | | Buy (add'l) | 08/04/16 | J | | |
| 178. | | | | | Sold | 12/05/16 | L | D | |
| 179. - KB Home Conv SR | A | Interest | | | Sold | 12/05/16 | K | | |
| 180. - Apollo Commrl Real Esate FI Conv SR | B | Interest | | | Sold | 12/12/16 | K | B | |
| 181. - Ryland Group Conv Senior notes | A | Interest | | | Sold | 12/07/16 | K | | |
| 182. - New Mountain Finance Cor Conv SR | B | Interest | | | Sold | 12/13/16 | K | A | |
| 183. - Hornbeck Offshore Serv Conv SR | A | Interest | | | Sold | 08/08/16 | K | | |
| 184. - ANI Pharmaceuticals Inc Con SR | B | Interest | | | Sold | 12/06/16 | K | D | |
| 185. - TPG Specialty Lending In Con SR | B | Interest | | | Sold | 12/14/16 | K | A | |
| 186. - Evestnet Inc Conv | A | Interest | | | Sold | 12/14/16 | K | | |
| 187. - TCP Capital Corp Conv SR | B | Interest | | | Sold | 12/15/16 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Resource Capital Corp Conv SR | C | Interest | | | Sold | 11/15/16 | K | | |
| 189. - Echo Global Logistics Conv SR | A | Interest | | | Sold | 01/21/16 | K | | |
| 190. - Pennymac Corp Conv SR | B | Interest | | | Sold | 12/12/16 | K | A | |
| 191. - Sandisk Corp Conv SR | A | Interest | | | Sold | 05/11/16 | K | C | |
| 192. - Seacor Holdings Inc Conv SR | A | Interest | | | Sold | 08/04/16 | K | | |
| 193. - Colony Capital Inc Con SR | B | Interest | | | Sold | 12/01/16 | K | | |
| 194. - Goldman Sachs Group | | None | | | Sold | 11/29/16 | K | A | |
| 195. - Encore Capital Grp Inc Conv | B | Interest | | | Buy (add'l) | 08/09/16 | K | | |
| 196. | | | | | Sold | 12/13/16 | L | B | |
| 197. - National Health Investor Conv SR | B | Interest | | | Sold | 12/13/16 | K | C | |
| 198. - Sunpower Corp Conv SR | A | Interest | | | Sold | 08/18/16 | K | | |
| 199. - J2 Global Communications Conv SR | | None | | | Sold | 04/22/16 | K | | |
| 200. - Atlas Air Worldwind Hldg Conv SR | A | Interest | | | Sold | 12/12/16 | K | B | |
| 201. - UBS AG London Conv SR Callable Bond | | None | | | Sold | 12/05/16 | K | C | |
| 202. - Barclays Bank PLC Convertible Notes LKD To CMN STK Intl | | None | | | Sold | 06/27/16 | K | | |
| 203. - Barclays Bank PLC Conv Medium Term Notes Conv Lnkd to Bacr | | None | | | Sold | 11/29/16 | K | C | |
| 204. - Interdigital Inc Senior Not Conv CPN | A | Interest | | | Buy | 05/05/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 12/09/16 | K | C | |
| 206.  - On Semiconductor Corp SR Conv NT | A | Interest | | | Buy | 06/21/16 | K | | |
| 207. | | | | | Buy (add'l) | 08/10/16 | J | | |
| 208. | | | | | Sold | 12/07/16 | K | C | |
| 209.  - Calamp Corp Conv SR Not CPN | A | Interest | | | Buy | 06/02/16 | K | | |
| 210. | | | | | Sold | 12/13/16 | K | B | |
| 211.  - Impax Laboratories Conv LKT TO IPXL SR Unsecured CPN | | None | | | Buy | 07/22/16 | K | | |
| 212. | | | | | Sold | 12/07/16 | K | | |
| 213.  - Forestar Grp Inc Convertible Sr Unsecured CPN | A | Interest | | | Buy | 08/26/16 | K | | |
| 214. | | | | | Sold | 12/02/16 | K | A | |
| 215.  - Portfolio Recovery Assoc Conv SR Unsecured CPN | | None | | | Buy | 08/26/16 | K | | |
| 216. | | | | | Sold | 12/14/16 | K | B | |
| 217.  - Infinera Corp Conv Unsecured CPN | | None | | | Buy | 09/27/16 | K | | |
| 218. | | | | | Sold | 11/02/16 | K | | |
| 219.  - Aceto Corp | | None | | | Buy | 11/28/16 | K | | |
| 220. | | | | | Sold | 12/15/16 | K | A | |
| 221. PMC_____ LLC | A | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  The Sequoia Fund | D | Dividend | L | T | Buy (add'l) | 01/04/16 | J | | |
| 223. | | | | | Buy (add'l) | 02/01/16 | J | | |
| 224. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 225. | | | | | Buy (add'l) | 03/01/16 | J | | |
| 226. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 227. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 228. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 229. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 230. | | | | | Buy (add'l) | 07/01/16 | J | | |
| 231. | | | | | Buy (add'l) | 08/01/16 | J | | |
| 232. | | | | | Buy (add'l) | 09/01/16 | J | | |
| 233. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 234. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 235. | | | | | Buy (add'l) | 12/01/16 | J | | |
| 236.  Trust #18 (H) | | | | | | | | | |
| 237.  - Wells Fargo Bank, N.A.Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 238.  - Gwinnett Cnty GA WRT & SWR Auth Rev CPN | C | Interest | | | Sold (part) | 09/30/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/03/16 | L | | |
| 240. | | | | | Sold | 10/05/16 | L | | |
| 241.  - Mc Kinney TX RFDG C/O LTD | C | Interest | L | T | | | | | |
| 242.  - West Wilson Util Dist TN WTR WKS Rev | B | Interest | L | T | | | | | |
| 243.  - Montana ST BRD Regents High Ed Rev | B | Interest | K | T | | | | | |
| 244.  - West VA ST 1991 and Subsequent Maturities RFDG | B | Interest | | | Sold | 12/07/16 | K | | |
| 245.  - Ocean Cnty NJ RFDG SER A G/O Unl TD | B | Interest | L | T | | | | | |
| 246.  - Port Seattle WA REV RFDG Inter Ser a | B | Interest | K | T | | | | | |
| 247.  - Metropolitan Transn Auth NY Rev | C | Interest | L | T | | | | | |
| 248.  - New York NY City Transtnl Fln Auth Bldg Aid Rev | B | Interest | K | T | | | | | |
| 249.  - New Mexico Fin Auth Rev SR Lien Pub Proj Rvlvng FD Ser C | C | Interest | L | T | | | | | |
| 250.  - New York ST Envmntl Facs Corp Rev ST Ser D | C | Interest | L | T | | | | | |
| 251.  - Central Puget Sound WA Regl Tran Auth Sales & Use Tax Rev | C | Interest | L | T | | | | | |
| 252.  - New York ST Dorm Uth Revs Non ST Supported Debt CPN | B | Interest | L | T | | | | | |
| 253.  - Idaho Hlth Facs Suth Rev Trinity Health CR Grp | B | Interest | K | T | | | | | |
| 254.  - Lone Star Cllg Sys TX | A | Interest | | | Buy | 07/12/16 | K | | |
| 255. | | | | | Sold | 12/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - USF Fing Corp FL CTF Partn Rfdg Mstr Lse PG Ser | | None | L | T | Buy | 12/07/16 | L | | |
| 257. - Hawaii St Unrefunded Balance Rfdg Ser Ed | | None | J | T | Buy | 12/07/16 | J | | |
| 258. - Athens Clarke Cnty GA Uni Govt Dev Auth Rev Rfdg Univ GA | | None | L | T | Buy | 09/30/16 | L | | |
| 259. - Harris Cnty TX Cultural Ed Facs Fin Corp Med FA CS Rev | | None | K | T | Buy | 12/21/16 | K | | |
| 260. Trust #19 (H) | | | | | | | | | |
| 261. - Bank Deposit Sweep | | None | J | T | | | | | |
| 262. -First TR Global Tactical Commodity Strategy FD | | None | | | Buy (add'l) | 01/12/16 | J | | |
| 263. | | | | | Sold | 09/16/16 | J | | |
| 264. - iShares Russell 1000 Value FD | A | Dividend | J | T | Sold (part) | 09/16/16 | J | A | |
| 265. - iShares Core S&P 500 Index FD | B | Dividend | K | T | Sold (part) | 09/16/16 | J | A | |
| 266. - SPDR S&P Intl Small Cap | A | Dividend | J | T | Sold (part) | 09/16/16 | J | | |
| 267. - Vanguard FTSE Developed Markets ETF | B | Dividend | K | T | Buy (add'l) | 01/15/16 | J | | |
| 268. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 269. - Vanguard INTL Equity Index FDS FTSE Emerging MKTS | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 270. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 271. - Vanguard Mid Cap | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 272. | | | | | Buy (add'l) | 09/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Vanguard REIT | A | Dividend | J | T | Sold (part) | 09/16/16 | J | A | |
| 274.  - Vanguard Small Cap Value VBR | A | Dividend | J | T | Buy (add'l) | 09/16/16 | J | | |
| 275.  - Vanguard Small Cap VB | A | Dividend | J | T | Buy (add'l) | 01/12/16 | J | | |
| 276. | | | | | Sold (part) | 09/16/16 | J | | |
| 277.  - Vanguard Total Bond Market BND | A | Dividend | J | T | | | | | |
| 278.  - Vanguard Total Stock Market ETF | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 279.  - Vanguard Mid Cap Value Index Fund | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 280.  IRA #6 (H) | | | | | | | | | |
| 281.  - Invesco Global Real Estate | A | Dividend | K | T | Sold (part) | 08/25/16 | J | A | |
| 282.  - Deutsche Secs TR Enhanced Commodity Strat FD Instl Class | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 283. | | | | | Sold (part) | 08/25/16 | J | A | |
| 284.  - Columbia Select Large Cap Growth Fund CL Z | C | Dividend | K | T | Sold (part) | 08/25/16 | J | | |
| 285.  - Eaton Vance Mutual FDS Trust Global Macro Abslt Return Advtg FD | A | Dividend | J | T | Sold (part) | 08/25/16 | J | | |
| 286.  - Goldman Sachs TR Finl Square Treas Instrs FD Inst CL | A | Dividend | J | T | Sold (part) | 01/11/16 | J | | |
| 287. | | | | | Sold (part) | 04/08/16 | J | | |
| 288. | | | | | Sold (part) | 07/08/16 | J | | |
| 289. | | | | | Buy (add'l) | 08/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 10/14/16 | J | | |
| 291. - John Hancock FDS II Global Absolute Return Strategies FD CL I | | None | J | T | Sold (part) | 08/25/16 | J | | |
| 292. - Hotchkis & Wiley FDS Mid Cap Value FD CL I | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 293. | | | | | Sold (part) | 08/25/16 | J | | |
| 294. - John Hancock Funds II Absolute Return Currency FD CL I | | None | J | T | Sold (part) | 08/25/16 | J | A | |
| 295. - Aberdeen Total Return Bnd Fund CL I | B | Dividend | K | T | Sold (part) | 08/28/16 | J | A | |
| 296. - MFS Ser TR I Value FD | B | Dividend | K | T | Buy (add'l) | 08/25/16 | J | | |
| 297. | | | | | Sold (part) | 08/25/16 | J | | |
| 298. - MFS Ser TR X Emerging Mkts Debt FD CL I | A | Dividend | K | T | | | | | |
| 299. - JP Morgan TR I US Large Cap Core Plus FD SEL CL | B | Dividend | K | T | Buy (add'l) | 08/25/16 | J | | |
| 300. - Neuberger Berman Alternative FDs Long Short FD Instl CL | | None | J | T | Sold (part) | 08/25/16 | J | A | |
| 301. - American Europacific Growth FU CL F2 | A | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 302. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 303. - Investment Managers SER TR Oak Ridge Small CP Growth FD CL I | B | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 304. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 305. - Oppenheimer Dev Mkts CL Y | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 306. | | | | | Sold (part) | 08/25/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Oppenhiemer Intl BD FD CL Y | A | Dividend | J | T | Sold (part) | 08/25/16 | J | A | |
| 308.  - Principal FDS Inc High Yield FD Instl CL | B | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 309. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 310. | | | | | Sold (part) | 08/25/16 | J | | |
| 311.  - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | K | T | Buy (add'l) | 08/25/16 | J | | |
| 312.  - AQR FDS Managed Futures Strategy FL CL I | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 313.  - Principal FDS Inc Global Multi Strategy FD Instl CL | | None | J | T | Buy | 08/25/16 | J | | |
| 314.  - Wells Fargo Funds TR Special Mid Cap Value FD CL I | A | Dividend | J | T | Buy | 08/25/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 11/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 98, has rental income from property located in Middletown, DE.  This asset was purchased in 2004 for $80,925.

Asset listed in Part VII, Line 96, has rental income from property located in Newark, DE.

Asset listed in Part VII, Line 221, has rental income from property located in New Castle County, DE.

Assets listed in Part VII, lines  92-95 were purchased and subsequently transferred into Trust #15.

Assets listed in Part VII, lines 135 and 137 were transferred from Trust #12.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ambro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544